

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center, Carswell*

---

P.O. Box 27066
"J" Street - Building 3000
Fort Worth, Texas 76127

RECEIVED
MAY 21 2014
Judge Ivan L. R. Lemelle
Section B

May 9, 2014

The Honorable Ivan L.R. Lemelle
United States District Court Judge
500 Poydras Street
New Orleans, Louisiana 70130

RE: Hamilton, Cathy
Reg. No. 33627-034
Case No. 14-012

Dear Judge Lemelle:

In accordance with your Order of April 19, 2014, and pursuant to the provisions of Title 18, United States Code, Sections 4241(b) and 4242, Ms. Hamilton arrived at the Federal Medical Center, Carswell, on May 6, 2014. In accordance with your Order, our staff will complete her evaluation by June 20, 2014, and a written report will be submitted to the Court within two weeks of that date.

If we may be of further assistance to the Court in this matter, please contact me or Ashley Noble, Psy.D., Forensic Psychologist at (817) 782-4297.

Sincerely,

Jody R. Upton
Warden

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____