UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 14-02 |
| v. | * | SECTION: "B" |
| CATHY HAMILTON | * | |

\* \* \*

## JOINT STIPULATION OFFERED BY THE PARTIES

It is hereby stipulated by and between the government and the defendant, Cathy Hamilton, that the report generated by the staff of FMC Carswell following the examination of the defendant from approximately May 6, 2014 through July 1, 2014, correctly concludes that the defendant is not presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. The parties therefore submit to this Honorable Court that this issue requires no briefing or hearing pursuant to 18 U.S.C. § 4241 et seq.

_____
BRIAN C. EBARB
Assistant United States Attorney

_____
SAMUEL J. SCULLITANI, JR.
Counsel for Cathy Hamilton

1