MINUTE ENTRY
LEMELLE, J.
JANUARY 7, 2015
JS-10: 00:29

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 14-12 |
| CATHY HAMILTON | SECTION "B" |

## SENTENCING

Courtroom Deputy:   Isidore Grisoli
Court Reporter:     Susan Zielie


PRESENT:   Brian C. Ebarb, Asst. U.S. Attorney
           Samuel John Scillitani , Jr., Counsel for Defendant
           Catherine Hollinrake, U.S. Probation Officer
           Cathy Hamilton, Defendant

Court begins at 2:56 p.m.
Case is called; all present and ready.
Counsel make appearances for the record.
On September 24, 2014, defendant entered into a guilty plea as to Count(s) 1 of the Indictment.
**See Judgment In A Criminal Case.**
The defendant was remanded to custody of the United States Marshal.

Court adjourned at 3:25 p.m.