MINUTE ENTRY
NORTH, M.J.
NOVEMBER 7, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     CRIMINAL ACTION

VERSUS     NO: 14-12

CATHY HAMILTON     SECTION "B"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES: X DEFENDANT WITH/~~WITHOUT~~ COUNSEL _Sam Scillitani: appointed_
             X ASSISTANT U.S. ATTORNEY MICHAEL MCMAHON
             X PROBATION OFFICER     DARYL NAQUIN
             __ INTERPRETER     SWORN
             (TIME:    .M to    .M)

X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_Waiver of preliminary hearing executed._
__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

**X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
     BEFORE SENIOR UNITED STATES DISTRICT JUDGE IVAN L.R. LEMELLE**

MJSTAR: 00: 08