AO 245D (Rev. 09/17) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Louisiana

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| CATHY HAMILTON | |
| | Case No. 14-12 "B" |
| | USM No. 33627-034 |
| | Samuel John Scillitani, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   on November 29, 2017   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | On 4/17/2017 defendant was issued a citation by personnel of the New Orleans Police Department for disturbing the peace. On 8/8/2017 defendant entered a plea of no contest. | |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7482

Defendant's Year of Birth: 1959

City and State of Defendant's Residence:
Homeless

11/29/2017
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Ivan L.R. Lemelle, Senior United States District Judge
Name and Title of Judge

11/30/2017
Date

DEFENDANT: CATHY HAMILTON
CASE NUMBER: 14-12 "B"

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Mandatory Condition | On 6/26/2017 defendant submitted a urine specimen to personnel of the United States Probation Office that tested positive for cocaine and marijuana. | |
| Mandatory Condition | In addition to the above positive urinalysis, on 10/10/2017 defendant refused to submit a urine specimen to personnel of the United States Probation Office. | |
| Standard Condition | Defendant failed to follow the instructions of the United States Probation Officer. Namely, she failed to submit a urine specimen for testing as instructed by the probation officer, and after being instructed by the probation officer not to leave the office, she left the office without obtaining permission from the probation officer. | |

DEFENDANT: CATHY HAMILTON
CASE NUMBER: 14-12 "B"

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

5 Months as to Count 1 of the Indictment, with credit for time served.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be transferred to BOP custody no later than three weeks from the date of this judgment. Further, that the defendant be placed in a facility as close to her proposed release location in Albany, NY. Further, that the defendant be placed in a residential re-entry center (Horizon House, Albany, NY) as soon as possible.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CATHY HAMILTON
CASE NUMBER: 14-12 "B"

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

NO NEW TERM OF SUPERVISED RELEASE IMPOSED.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.